◼ In the Matter of SENECA FOODS CORPORATION, Respondent, v EARL LAUER, as Assessor of the Town of Starkey, Defendant, and TOWN OF STARKEY, Appellant. In the Matter of SENECA FOODS CORPORATION, Respondent, v EARL LAUER, as Assessor of the Village of Dundee, Defendant, and VILLAGE OF DUNDEE, Appellant.—Order and judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, DePasquale, J. (Appeal from Order and Judgment of Supreme Court, Yates County, DePasquale, J.—Tax Certiorari.) Present—Denman, P. J., Doerr, Green and Lawton, JJ.